# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BOBBI DARNELL,, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 17-3063-JWL |
| JOHN MERCHANT, SHERIFF ) | |
| Brown County, Kansas, and ) | |
| KICKAPOO TRIBE IN KANSAS, ) | |
| KICKAPOO RESERVATION, ) | |
| HORTON, KANSAS, ) | |
| ) | |
| Respondents. ) | |

## ORDER TO SHOW CAUSE

This matter is a petition for habeas corpus filed pursuant to 25 U.S.C. 1303. The court has examined the record and finds that a responsive pleading is required.

IT IS, THEREFORE, BY THE COURT ORDERED that the respondent is hereby required to show cause on or before **May 15, 2017** why the writ should not be granted; that the petitioner has until **June 15, 2017** to file a traverse thereto, admitting or denying under oath all factual allegations therein contained; and that the file then be returned to the undersigned judge for such further action as may be appropriate.

Copies of this order shall be transmitted to the parties and to the U.S. Attorney for the District of Kansas.

**IT IS SO ORDERED.**

**Dated this 18th day of April, 2017 at Kansas City, Kansas.**

s/ John W. Lungstrum
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**